1   J. Andrew Coombs (SBN 123881)
    *andy@coombspc.com*

2   Annie S. Wang (SBN 243027)
    *annie@coombspc.com*

3   J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202

4   Glendale, California 91206
    Telephone:    (818) 500-3200

5   Facsimile:    (818) 500-3201

6   Attorneys for Plaintiff Louis

7   Vuitton Malletier, S.A.

**ORIGINAL FILED**

**07 DEC 14 PM 12: 12**

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

8

9          UNITED STATES DISTRICT COURT

10        NORTHERN DISTRICT OF CALIFORNIA    **WDB**

11  Louis Vuitton Malletier, S.A.,    )  Case No.

12             Plaintiff,    )  **PLAINTIFF'S DECLINATION TO**
                          )  **PROCEED BEFORE A**

13      v.                     )  **MAGISTRATE JUDGE AND**
                          )  **REQUEST FOR REASSIGNMENT TO**

14  Doktor Gurson, an individual and d/b/a )  **A UNITED STATES DISTRICT**

15  InexpensiveDomains; InexpensiveDomains.com, )  **JUDGE**
    LLC, a California limited liability company;  )

16  Tracy Jackson a/k/a Tracy Oakley, an individual )
    and d/b/a TopOfTheLineFashions; and Does 1  )

17  through 10, inclusive,            )
                            )

18           Defendants.      )

19     **REQUEST FOR ASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

20        The undersigned party hereby declines to consent to the assignment of this case to a United

21  States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case

22  to a United States District Judge.

23

24  Dated: December 13, 2007        J. Andrew Coombs, A Professional Corp.

25

26                      By: _____
                           J. Andrew Coombs

27                        Annie S. Wang
              Attorney for Plaintiff, Louis Vuitton Malletier, S.A.

28

**COPY**