1  J. Andrew Coombs (SBN 123881)
   andy@coombspc.com
2  Annie S. Wang (SBN 243027)
   annie@coombspc.com
3  J. Andrew Coombs, A Prof. Corp.
   517 East Wilson Avenue, Suite 202
4  Glendale, California 91206
   Telephone:   (818) 500-3200
5  Facsimile:   (818) 500-3201

6  Attorneys for Plaintiff Louis
   Vuitton Malletier, S.A.
7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11
   Louis Vuitton Malletier, S.A.,          ) Case No.
12                                         )
                 Plaintiff,                ) NOTICE OF INTERESTED
13                                         ) PARTIES
         v.                                )
14                                         ) CIVIL LOCAL RULE 3-16(c)(1)
   Doktor Gurson, an individual and d/b/a  )
15 InexpensiveDomains; InexpensiveDomains.com, )
   LLC, a California limited liability company; )
16 Tracy Jackson a/k/a Tracy Oakley, an individual )
   and d/b/a TopOfTheLineFashions; and Does 1 )
17 through 10, inclusive,                  )
                                           )
18               Defendants.               )

19       The undersigned, counsel of record for Plaintiff, Louis Vuitton Malletier, S.A., certifies that

20 the following listed parties have a direct, pecuniary interest in the outcome of this case. These

21 representations are made to enable the Court to evaluate possible disqualification or recusal.

22       1.  **LOUIS VUITTON MALLETIER, S.A.**

23       2.  **LVMH MOËT HENNESSY LOUIS VUITTON S.A.**

24 ///

25
26 ///

27 ///

28

Louis Vuitton v. Gurson: Notice of Interested Parties       - 1 -

DEC-13-2007 14:13 P.003
Case 3:07-cv-06345-VRW   Document 4   Filed 12/14/2007   Page 2 of 2

3. DOKTOR GURSON, AN INDIVIDUAL AND D/B/A INEXPENSIVEDOMAINS
4. INEXPENSIVEDOMAINS.COM, LLC, A CALIFORNIA LIMITED LIABILITY COMPANY
5. TRACY JACKSON A/K/A TRACY OAKLEY, AN INDIVIDUAL AND D/B/A TOPOFTHELINEFASIONS

DATED: December 13, 2007

J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Louis Vuitton Malletier, S.A.