**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

www.cand.uscourts.gov

Richard W. Wieking	General Court Number
Clerk	510.637.3530

**December 18, 2007**

**CASE NUMBER:  CV 07-06345 WDB**
**CASE TITLE:  LOUIS VUITTON MALLETIER-v-DOKTOR GURSON**

REASSIGNMENT ORDER

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **SAN FRANCISCO** division.

**Honorable VAUGHN R. WALKER** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **VRW** immediately

after the case number.


ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: December 18, 2007

FOR THE EXECUTIVE COMMITTEE:

_____
                                                                                                                  Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies          Special Projects
Log Book Noted                                  Entered in Computer 12/18/07 cl


CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                        Transferor CSA