```
1   J. Andrew Coombs (SBN 123881)
    andy@coombspc.com
2   Annie S. Wang (SBN 243027)
    annie@coombspc.com
3   J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202
4   Glendale, California 91206
    Telephone:   (818) 500-3200
5   Facsimile:   (818) 500-3201

6   Attorneys for Plaintiff Louis
    Vuitton Malletier, S.A.
7
    Tracy Jackson a/k/a Tracy Oakley,
8   an individual and d/b/a TopOfTheLineFashions
    2117 Fern Tree Court
9   Bakersfield, CA 93304

10  InexpensiveDomains.com, LLC,
    a California limited liability company
11  2611 Intrigue Lane
    Brentwood, CA 94513
12
    Doktor Gurson,
13  an individual and d/b/a InexpensiveDomains
    2611 Intrigue Lane
14  Brentwood, CA 94513

15  Defendants, in pro se
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., | Case No. CV 07-6345 VRW |
| Plaintiff, | STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1 |
| v. | |
| Doktor Gurson, an individual and d/b/a InexpensiveDomains; InexpensiveDomains.com, LLC, a California limited liability company; Tracy Jackson a/k/a Tracy Oakley, an individual and d/b/a TopOfTheLineFashions; and Does 1 through 10, inclusive, | |
| Defendants. | |

PLAINTIFF, Louis Vuitton Malletier, S.A. ("Louis Vuitton" or "Plaintiff") by and through its counsel of record, Annie Wang, J. Andrew Coombs, A P.C., and Defendants Doktor Gurson, an individual and d/b/a Inexpensive Domains ("Gurson"), Inexpensive Domain.com, LLC, a

LV v. Gurson, et al.: Stip. to extend time 6-1      - 1 -

California limited liability company ("Inexpensive Domains"), and Tracy Jackson a/k/a Tracy Oakley, an individual and d/b/a TopOfTheLineFashions ("Jackson") (collectively "Defendants"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Complaint was filed in the above-captioned matter on or about December 14, 2007; and

WHEREAS Plaintiff caused the Summons and Complaint to be served on Defendant Jackson on or about December 30, 2007, and Defendants Gurson and Inexpensive Domains on or about January 7, 2008; and

WHEREAS Defendant Jackson's time to respond to the Complaint was to initially occur on or about January 29, 2008, and Defendant Gurson and Inexpensive Domains' time to respond to the Complaint to initially occur on or about January 28, 2008; and

WHEREAS Louis Vuitton and Defendants are attempting to resolve the claims alleged in the Complaint herein;

WHEREAS providing Defendants additional time within which to move, plead or otherwise respond to the Complaint will enable the Parties to continue to engage in meaningful settlement discussions;

WHEREAS Defendants propose to move, plead or otherwise respond to the Complaint in the event the Parties are unable to resolve this matter; and

WHEREAS this Stipulation need not be approved by the Judge because the stipulation will not change or alter the day of any event or deadline already fixed by Court order pursuant to Local Rule 6-1;

/ / /

/ / /

/ / /

1  NOW, THEREFORE, Louis Vuitton and Defendants stipulate and agree that Defendants
2  shall have through and until February 29, 2008, to respond to the Complaint.

4  DATED: ~~January~~ Feb. 9, 2008                     J. Andrew Coombs, A Professional Corp.

                                                      _____
                                                      J. Andrew Coombs
                                                      Annie Wang
                                                      Attorneys for Plaintiff Louis ~~Vuitton~~ Malletier, S.A.

9  DATED: January___, 2008                            Tracy Jackson a/k/a Tracy Oakley,
                                                      an individual and d/b/a TopOfTheLineFashions
10  Feb 10, 08

                                                      _____
                                                      Tracy Jackson
                                                      Defendant, *in pro se*

14  DATED: January___, 2008                           Doktor Gurson, an individual and d/b/a
                                                      InexpensiveDomains

                                                      _____
                                                      Doktor Gurson
                                                      Defendant, *in pro se*

19  DATED: January___, 2008                           InexpensiveDomains.com, LLC, a California
                                                      limited liability company

                                                      _____
                                                      By:    Doktor Gurson
                                                      Its:   President
                                                      Defendant, *in pro se*

NOW, THEREFORE, Louis Vuitton and Defendants stipulate and agree that Defendants shall have through and until February 29, 2008, to respond to the Complaint.

DATED: January__, 2008        J. Andrew Coombs, A Professional Corp.


_____
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.


DATED: January__, 2008        Tracy Jackson a/k/a Tracy Oakley,
an individual and d/b/a TopOfTheLineFashions


_____
Tracy Jackson
Defendant, *in pro se*


DATED: January 23, 2008        Doktor Gurson, an individual and d/b/a
InexpensiveDomains


_____
Doktor Gurson
Defendant, *in pro se*


DATED: January 23, 2008        InexpensiveDomains.com, LLC, a California
limited liability company


_____
By:    Doktor Gurson
Its:    President
Defendant, *in pro se*

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Avenue, Suite 202 Glendale, California 91206.

On February 12, 2008, I served on the interested parties in this action with the:
  STIPULATION TO EXTEND TIME TO RESPOND TO COMPLAINT PURSUANT TO LOCAL RULE 6-1

for the following civil action:

  Louis Vuitton Malletier, S.A. v. Doktor Gurson, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| Doktor Gurson, an individual and d/b/a InexpensiveDomains<br>2611 Intrigue Lane<br>Brentwood, CA 94513 | InexpensiveDomains.com, LLC, a California limited liability company<br>2611 Intrigue Lane<br>Brentwood, CA 94513 |
|---|---|
| Tracy Jackson a/k/a Tracy Oakley, an individual and d/b/a TopOfTheLineFashions<br>2117 Fern Tree Court<br>Bakersfield, CA 93304 | |

Place of Mailing: Glendale, California
Executed on February 12, 2008 at Glendale, California

_____
Katrina Bartolome