```
 1  J. Andrew Coombs (SBN 123881)
    andy@coombspc.com
 2  Annie S. Wang (SBN 243027)
    annie@coombspc.com
 3  J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202
 4  Glendale, California 91206
    Telephone:    (818) 500-3200
 5  Facsimile:    (818) 500-3201

 6  Attorneys for Plaintiff Louis
    Vuitton Malletier, S.A.
 7
    Tracy Jackson a/k/a Tracy Oakley,
 8  an individual and d/b/a TopOfTheLineFashions
    2117 Fern Tree Court
 9  Bakersfield, CA 93304

10  InexpensiveDomains.com, LLC,
    a California limited liability company
11  2611 Intrigue Lane
    Brentwood, CA 94513
12
    Doktor Gurson,
13  an individual and d/b/a InexpensiveDomains
    2611 Intrigue Lane
14  Brentwood, CA 94513

15  Defendants, in pro se
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| Louis Vuitton Malletier, S.A., | ) | Case No. CV 07-6345 VRW |
|---|---|---|
| Plaintiff, | ) | STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| Doktor Gurson, et al. | ) | |
| Defendants. | ) | |

PLAINTIFF, Louis Vuitton Malletier, S.A. ("Louis Vuitton" or "Plaintiff") by and through its counsel of record, Annie Wang, J. Andrew Coombs, A P.C., and Defendants Doktor Gurson, an individual and d/b/a Inexpensive Domains ("Gurson"), Inexpensive Domain.com, LLC, a California limited liability company ("Inexpensive Domains"), and Tracy Jackson a/k/a Tracy

Oakley, an individual and d/b/a TopOfTheLineFashions ("Jackson") (collectively "Defendants"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter on March 20, 2008, at 3:30 p.m.;

WHEREAS Louis Vuitton and the Defendants are attempting to finalize resolution of the claims alleged in the Complaint herein and are in the process of drafting and exchanging settlement documents with nearly all of the Defendants;

WHEREAS there have been no prior continuances requested by the Parties; and

NOW, THEREFORE, Plaintiff and the Defendants stipulate and agree that the Case Management Conference in the above captioned matter be continued until April 24, 2008, or a date thereafter acceptable to the Court.

DATED: ___, 2008        J. Andrew Coombs, A Professional Corp.

                        _____
                        J. Andrew Coombs
                        Annie Wang
                        Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

DATED: ___, 2008        Tracy Jackson a/k/a Tracy Oakley,
                        an individual and d/b/a TopOfTheLineFashions

                        _____
                        Tracy Jackson
                        Defendant, *in pro se*

DATED: ___, 2008        Doktor Gurson, an individual and d/b/a
                        InexpensiveDomains

                        _____
                        Doktor Gurson
                        Defendant, *in pro se*

DATED: ___, 2008        InexpensiveDomains.com, LLC, a California
                        limited liability company

                        _____
                        By:    Doktor Gurson
                        Its:   President
                        Defendant, *in pro se*

LV v. Gurson, et al.: Stip. to Continue CMC            - 2 -

Oakley, an individual and d/b/a TopOfTheLineFashions ("Jackson") (collectively "Defendants"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter on March 20, 2008, at 3:30 p.m.;

WHEREAS Louis Vuitton and the Defendants are attempting to finalize resolution of the claims alleged in the Complaint herein and are in the process of drafting and exchanging settlement documents with nearly all of the Defendants;

WHEREAS there have been no prior continuances requested by the Parties; and

NOW, THEREFORE, Plaintiff and the Defendants stipulate and agree that the Case Management Conference in the above captioned matter be continued until April 24, 2008, or a date thereafter acceptable to the Court.

DATED: __, 2008    J. Andrew Coombs, A Professional Corp.

_____
J. Andrew Coombs
Annie Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

DATED: __, 2008    Tracy Jackson a/k/a Tracy Oakley,
an individual and d/b/a TopOfTheLineFashions

_____
Tracy Jackson
Defendant, *in pro se*

DATED: 3/6, 2008    Doktor Gurson, an individual and d/b/a InexpensiveDomains.

_____
Doktor Gurson
Defendant, *in pro se*

DATED: 3/6, 2008    InexpensiveDomains.com, LLC, a California limited liability company

_____
By:    Doktor Gurson
Its:    President
Defendant, *in pro se*

LV v. Gurson, et al.: Stip. to Continue CMC    - 2 -

## **PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Avenue, Suite 202 Glendale, California 91206.

On March 12, 2008, I served on the interested parties in this action with the:
- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

Louis Vuitton Malletier, S.A. v. Doktor Gurson, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Doktor Gurson, an individual and d/b/a InexpensiveDomains<br>2611 Intrigue Lane<br>Brentwood, CA 94513 | InexpensiveDomains.com, LLC, a California limited liability company<br>2611 Intrigue Lane<br>Brentwood, CA 94513 |
| Tracy Jackson a/k/a Tracy Oakley, an individual and d/b/a TopOfTheLineFashions<br>2117 Fern Tree Court<br>Bakersfield, CA 93304 | |

Place of Mailing: Glendale, California
Executed on March 12, 2008 at Glendale, California

_____
Katrina Bartolome