```
 1  J. Andrew Coombs (SBN 123881)
    andy@coombspc.com
 2  Annie S. Wang (SBN 243027)
    annie@coombspc.com
 3  J. Andrew Coombs, A Prof. Corp.
    517 East Wilson Avenue, Suite 202
 4  Glendale, California 91206
    Telephone:  (818) 500-3200
 5  Facsimile:  (818) 500-3201

 6  Attorneys for Plaintiff Louis
    Vuitton Malletier, S.A.
 7
    Tracy Jackson a/k/a Tracy Oakley,
 8  an individual and d/b/a TopOfTheLineFashions
    2117 Fern Tree Court
 9  Bakersfield, CA 93304

10  InexpensiveDomains.com, LLC,
    a California limited liability company
11  2611 Intrigue Lane
    Brentwood, CA 94513
12
    Doktor Gurson,
13  an individual and d/b/a InexpensiveDomains
    2611 Intrigue Lane
14  Brentwood, CA 94513

15  Defendants, in pro se
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| Louis Vuitton Malletier, S.A., | ) | Case No. CV 07-6345 VRW |
|---|---|---|
| Plaintiff, | ) | [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. | ) | |
| Doktor Gurson, et al. | ) | <u>Scheduling Conference</u> |
| Defendants. | ) | Date: March 20, 2008<br>Time: 3:30 p.m. |

On or about December 26, 2007, the Court set a Scheduling Conference on March 20, 2008 at 3:30 p.m.

The Parties thereafter filed their joint request to continue the Scheduling Conference to allow them to obtain and review certain documentation from third parties and to continue to engage in meaningful settlement discussions.

LV v. Gurson, et al.: Proposed Order re Stip. to Continue CMC        - 1 -

1

2       In light of the request, the Scheduling Conference currently on calendar for March 20,

3   2008, at 3:30 p.m., is continued until _____, 2008, at 3:30 p.m. and all associated

4   dates are continued accordingly.

5

    IT IS SO ORDERED.

6   Dated:

7

8                                                                 Hon. Vaughn R. Walker
                                                                  Chief Judge, United States District Court,
9                                                                 Northern District of California

10  PRESENTED BY:
    J. Andrew Coombs, A Professional Corp.
11

12  By: _____
            J. Andrew Coombs
13          Annie S. Wang
    Attorneys for Louis Vuitton Malletier, S.A.
14

15
    Tracy Jackson a/k/a Tracy Oakley,
16  an individual and d/b/a TopOfTheLineFashions

17  By: _____
            Tracy Jackson
18  Defendant, *in pro se*

19
    Doktor Gurson, an individual and d/b/a
20  InexpensiveDomains

21
    By: _____
22          Doktor Gurson
    Defendant, *in pro se*
23
    InexpensiveDomains.com, LLC, a California
24  limited liability company

25
    By: _____
26          Doktor Gurson
    Its: President
27  Defendant, *in pro se*

28

LV v. Gurson, et al.: Proposed Order re Stip. to Continue CMC          - 2 -

1
2          In light of the request, the Scheduling Conference currently on calendar for March 20,
3  2008, at 3:30 p.m., is continued until _____, 2008, at 3:30 p.m. and all associated
4  dates are continued accordingly.
5
6  IT IS SO ORDERED.
   Dated:
7
8                                               _____
                                                Hon. Vaughn R. Walker
9                                               Chief Judge, United States District Court,
                                                Northern District of California
10
   PRESENTED BY:
11 J. Andrew Coombs, A Professional Corp.
12
   By: _____
13        J. Andrew Coombs
          Annie S. Wang
14 Attorneys for Louis Vuitton Malletier, S.A.
15
   Tracy Jackson a/k/a Tracy Oakley,
16 an individual and d/b/a TopOfTheLineFashions
17
   By: _____
18        Tracy Jackson
   Defendant, *in pro se*
19
   Doktor Gurson, an individual and d/b/a
20 InexpensiveDomains
21
   By: _____
22        Doktor Gurson
   Defendant, *in pro se*
23
   InexpensiveDomains.com, LLC, a California
24 limited liability company
25
   By: _____
26        Doktor Gurson
   Its: President
27 Defendant, *in pro se*
28

LV v. Gurson, et al.: Proposed Order re Stip. to Continue CMC      - 2 -

## PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Avenue, Suite 202 Glendale, California 91206.

On March 12, 2008, I served on the interested parties in this action with the:
- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Louis Vuitton Malletier, S.A. v. Doktor Gurson, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Doktor Gurson, an individual and d/b/a InexpensiveDomains<br>2611 Intrigue Lane<br>Brentwood, CA 94513 | InexpensiveDomains.com, LLC, a California limited liability company<br>2611 Intrigue Lane<br>Brentwood, CA 94513 |
| Tracy Jackson a/k/a Tracy Oakley, an individual and d/b/a TopOfTheLineFashions<br>2117 Fern Tree Court<br>Bakersfield, CA 93304 | |

Place of Mailing: Glendale, California
Executed on March 12, 2008 at Glendale, California

_____
Katrina Bartolome