| | |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
|   | *andy@coombspc.com* |
| 2 | Annie S. Wang (SBN 243027) |
|   | *annie@coombspc.com* |
| 3 | J. Andrew Coombs, A Prof. Corp. |
|   | 517 East Wilson Avenue, Suite 202 |
| 4 | Glendale, California 91206 |
|   | Telephone:   (818) 500-3200 |
| 5 | Facsimile:   (818) 500-3201 |
| 6 | Attorneys for Plaintiff Louis |
|   | Vuitton Malletier, S.A. |
| 7 | |
| 8 | Tracy Jackson a/k/a Tracy Oakley, |
|   | an individual and d/b/a TopOfTheLineFashions |
|   | 2117 Fern Tree Court |
| 9 | Bakersfield, CA 93304 |
| 10 | InexpensiveDomains.com, LLC, |
|   | a California limited liability company |
| 11 | 2611 Intrigue Lane |
|   | Brentwood, CA 94513 |
| 12 | |
| 13 | Doktor Gurson, |
|   | an individual and d/b/a InexpensiveDomains |
|   | 2611 Intrigue Lane |
| 14 | Brentwood, CA 94513 |
| 15 | Defendants, *in pro se* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | | |
|---|---|---|
| Louis Vuitton Malletier, S.A., | ) | Case No. CV 07-6345 VRW |
| | ) | |
| Plaintiff, | ) | STIPULATION TO CONTINUE CASE |
| v. | ) | MANAGEMENT CONFERENCE |
| | ) | |
| Doktor Gurson, et al. | ) | |
| | ) | |
| Defendants. | ) | |

PLAINTIFF, Louis Vuitton Malletier, S.A. ("Louis Vuitton" or "Plaintiff") by and through its counsel of record, Annie Wang, J. Andrew Coombs, A P.C., and Defendants Doktor Gurson, an individual and d/b/a Inexpensive Domains ("Gurson"), Inexpensive Domain.com, LLC, a California limited liability company ("Inexpensive Domains"), and Tracy Jackson a/k/a Tracy

Oakley, an individual and d/b/a TopOfTheLineFashions ("Jackson") (collectively "Defendants"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter on March 20, 2008, at 3:30 p.m.;

WHEREAS Louis Vuitton and the Defendants are attempting to finalize resolution of the claims alleged in the Complaint herein and are in the process of drafting and exchanging settlement documents with nearly all of the Defendants;

WHEREAS there have been no prior continuances requested by the Parties; and

NOW, THEREFORE, Plaintiff and the Defendants stipulate and agree that the Case Management Conference in the above captioned matter be continued until April 24, 2008, or a date thereafter acceptable to the Court.

DATED: ___, 2008    J. Andrew Coombs, A Professional Corp.

                    _____
                    J. Andrew Coombs
                    Annie Wang
                    Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

DATED: ___, 2008    Tracy Jackson a/k/a Tracy Oakley,
                    an individual and d/b/a TopOfTheLineFashions

                    _____
                    Tracy Jackson
                    Defendant, *in pro se*

DATED: ___, 2008    Doktor Gurson, an individual and d/b/a
                    InexpensiveDomains

                    _____
                    Doktor Gurson
                    Defendant, *in pro se*

DATED: ___, 2008    InexpensiveDomains.com, LLC, a California
                    limited liability company

                    _____
                    By:   Doktor Gurson
                    Its:  President
                    Defendant, *in pro se*

LV v. Gurson, et al.: Stip. to Continue CMC        - 2 -

Oakley, an individual and d/b/a TopOfTheLineFashions ("Jackson") (collectively "Defendants"), *in pro se*, hereby stipulate and agree as follows:

WHEREAS the Court set the Scheduling Conference in the above-captioned matter on March 20, 2008, at 3:30 p.m.;

WHEREAS Louis Vuitton and the Defendants are attempting to finalize resolution of the claims alleged in the Complaint herein and are in the process of drafting and exchanging settlement documents with nearly all of the Defendants;

WHEREAS there have been no prior continuances requested by the Parties; and

NOW, THEREFORE, Plaintiff and the Defendants stipulate and agree that the Case Management Conference in the above captioned matter be continued until April 24, 2008, or a date thereafter acceptable to the Court.

DATED: __, 2008    J. Andrew Coombs, A Professional Corp.

---

J. Andrew Coombs
Annie Wang
Attorneys for Plaintiff Louis Vuitton Malletier, S.A.

DATED: __, 2008    Tracy Jackson a/k/a Tracy Oakley,
an individual and d/b/a TopOfTheLineFashions

---

Tracy Jackson
Defendant, *in pro se*

DATED: 3/6, 2008    Doktor Gurson, an individual and d/b/a InexpensiveDomains,

---

Doktor Gurson
Defendant, *in pro se*

DATED: 3/6, 2008    InexpensiveDomains.com, LLC, a California limited liability company

---

By:    Doktor Gurson
Its:    President
Defendant, *in pro se*

LV v. Gurson, et al.: Stip. to Continue CMC    - 2 -

**PROOF OF SERVICE**

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Avenue, Suite 202 Glendale, California 91206.

On March 12, 2008, I served on the interested parties in this action with the:
- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

Louis Vuitton Malletier, S.A. v. Doktor Gurson, et al.

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Doktor Gurson, an individual and d/b/a InexpensiveDomains<br>2611 Intrigue Lane<br>Brentwood, CA 94513 | InexpensiveDomains.com, LLC, a California limited liability company<br>2611 Intrigue Lane<br>Brentwood, CA 94513 |
| Tracy Jackson a/k/a Tracy Oakley, an individual and d/b/a TopOfTheLineFashions<br>2117 Fern Tree Court<br>Bakersfield, CA 93304 | |

Place of Mailing: Glendale, California
Executed on March 12, 2008 at Glendale, California

_____
Katrina Bartolome

|   |   |
|---|---|
| 1 | J. Andrew Coombs (SBN 123881) |
|   | *andy@coombspc.com* |
| 2 | Annie S. Wang (SBN 243027) |
|   | *annie@coombspc.com* |
| 3 | J. Andrew Coombs, A Prof. Corp. |
|   | 517 East Wilson Avenue, Suite 202 |
| 4 | Glendale, California 91206 |
|   | Telephone:   (818) 500-3200 |
| 5 | Facsimile:   (818) 500-3201 |
| 6 | Attorneys for Plaintiff Louis |
|   | Vuitton Malletier, S.A. |
| 7 |   |
|   | Tracy Jackson a/k/a Tracy Oakley, |
| 8 | an individual and d/b/a TopOfTheLineFashions |
|   | 2117 Fern Tree Court |
| 9 | Bakersfield, CA 93304 |
| 10 | InexpensiveDomains.com, LLC, |
|   | a California limited liability company |
| 11 | 2611 Intrigue Lane |
|   | Brentwood, CA 94513 |
| 12 |   |
|   | Doktor Gurson, |
| 13 | an individual and d/b/a InexpensiveDomains |
|   | 2611 Intrigue Lane |
| 14 | Brentwood, CA 94513 |
| 15 | Defendants, *in pro se* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| Louis Vuitton Malletier, S.A., ) | Case No. CV 07-6345 VRW |
|---|---|
| Plaintiff, ) | [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE |
| v. ) |   |
| Doktor Gurson, et al. ) | Scheduling Conference |
| Defendants. ) | Date: March 20, 2008 |
|   ) | Time: 3:30 p.m. |

On or about December 26, 2007, the Court set a Scheduling Conference on March 20, 2008 at 3:30 p.m.

The Parties thereafter filed their joint request to continue the Scheduling Conference to allow them to obtain and review certain documentation from third parties and to continue to engage in meaningful settlement discussions.

LV v. Gurson, et al.: Proposed Order re Stip. to Continue CMC         - 1 -

In light of the request, the Scheduling Conference currently on calendar for March 20, 2008, at 3:30 p.m., is continued until ___May 8_____, 2008, at 3:30 p.m. and all associated dates are continued accordingly.

IT IS SO ORDERED.

Dated: 3/13/08

GRANTED

Judge Vaughn R Walker

PRESENTED BY:
J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Louis Vuitton Malletier, S.A.

Tracy Jackson a/k/a Tracy Oakley,
an individual and d/b/a TopOfTheLineFashions

By: _____
    Tracy Jackson
Defendant, *in pro se*

Doktor Gurson, an individual and d/b/a
InexpensiveDomains

By: _____
    Doktor Gurson
Defendant, *in pro se*

InexpensiveDomains.com, LLC, a California
limited liability company

By: _____
    Doktor Gurson
Its: President
Defendant, *in pro se*

In light of the request, the Scheduling Conference currently on calendar for March 20, 2008, at 3:30 p.m., is continued until _____, 2008, at 3:30 p.m. and all associated dates are continued accordingly.

IT IS SO ORDERED.

Dated:

_____
Hon. Vaughn R. Walker
Chief Judge, United States District Court,
Northern District of California

PRESENTED BY:
J. Andrew Coombs, A Professional Corp.

By: _____
    J. Andrew Coombs
    Annie S. Wang
Attorneys for Louis Vuitton Malletier, S.A.

Tracy Jackson a/k/a Tracy Oakley,
an individual and d/b/a TopOfTheLineFashions

By: _____
    Tracy Jackson
Defendant, *in pro se*

Doktor Gurson, an individual and d/b/a
InexpensiveDomains

By: /s/ Doktor Gurson
    Doktor Gurson
Defendant, *in pro se*

InexpensiveDomains.com, LLC, a California
limited liability company

By: /s/ Doktor Gurson
    Doktor Gurson
Its: President
Defendant, *in pro se*

LV v. Gurson, et al.: Proposed Order re Stip. to Continue CMC          - 2 -

# PROOF OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 E. Wilson Avenue, Suite 202 Glendale, California 91206.

On March 12, 2008, I served on the interested parties in this action with the:
- STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Louis Vuitton Malletier, S.A. v. Doktor Gurson, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Doktor Gurson, an individual and d/b/a InexpensiveDomains<br>2611 Intrigue Lane<br>Brentwood, CA 94513 | InexpensiveDomains.com, LLC, a California limited liability company<br>2611 Intrigue Lane<br>Brentwood, CA 94513 |
| Tracy Jackson a/k/a Tracy Oakley, an individual and d/b/a TopOfTheLineFashions<br>2117 Fern Tree Court<br>Bakersfield, CA 93304 | |

Place of Mailing: Glendale, California
Executed on March 12, 2008 at Glendale, California

_____
Katrina Bartolome