J. Andrew Coombs (SBN 123881)
*andy@coombspc.com*
Annie S. Wang (SBN 243027)
*annie@coombspc.com*
J. Andrew Coombs, A Prof. Corp.
517 East Wilson Avenue, Suite 202
Glendale, California 91206
Telephone: (818) 500-3200
Facsimile: (818) 500-3201

Attorneys for Plaintiff Louis
Vuitton Malletier, S.A.

Tracy Jackson a/k/a Tracy Oakley,
an individual and d/b/a TopOfTheLineFashions
2117 Fern Tree Court
Bakersfield, CA 93304

InexpensiveDomains.com, LLC,
a California limited liability company
2611 Intrigue Lane
Brentwood, CA 94513

Doktor Gurson,
an individual and d/b/a InexpensiveDomains
2611 Intrigue Lane
Brentwood, CA 94513

Defendants, *in pro se*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA (SAN FRANCISCO)

| | |
|---|---|
| Louis Vuitton Malletier, S.A., <br><br> Plaintiff, <br> v. <br><br> Doktor Gurson, et al. <br><br> Defendants. | Case No. CV 07-6345 VRW <br><br> [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE <br><br> <u>Scheduling Conference</u> <br> Date: May 8, 2008 <br> Time: 3:30 p.m. |

WHEREAS On or about March 13, 2008, the Court set a Scheduling Conference for May 8, 2008 at 3:30 p.m. pursuant to the Parties' first joint request to continue the Scheduling Conference;

WHEREAS thereafter Plaintiff Louis Vuitton Malletier, S.A. ("Plaintiff" or "Louis Vuitton") and Defendants Doktor Gurson, an individual and d/b/a Inexpensive Domains and

LV v. Gurson, et al.: Proposed Order re Stip. to Continue CMC          - 1 -

Inexpensive Domain.com, LLC, a California limited liability company filed closing documents as part of the settlement between them;

WHEREAS the remaining defendant, Defendant Tracy Jackson a/k/a Tracy Oakley, an individual and d/b/a TopOfTheLineFashions is unable to finalize resolution of this matter until on or about May 15, 2008;

WHEREAS lead trial counsel for Plaintiff will be out of town on May 8, 2008 but will return on May 15, 2008;

Good cause being found, in light of the request, the Scheduling Conference currently on calendar for May 8, 2008, at 3:30 p.m., is continued until _____, 2008, at 3:30 p.m. and all associated dates are continued accordingly.

IT IS SO ORDERED.

Dated:

                                        Hon. Vaughn R. Walker
                                        Chief Judge, United States District Court,
                                        Northern District of California

PRESENTED BY:
J. Andrew Coombs, A Professional Corp.

By: _____
     J. Andrew Coombs
     Annie S. Wang
Attorneys for Louis Vuitton Malletier, S.A.

Tracy Jackson a/k/a Tracy Oakley,
an individual and d/b/a TopOfTheLineFashions

By: _____
     Tracy Jackson
Defendant, in pro se

**PROOF** OF SERVICE

I, the undersigned, certify and declare that I am over the age of 18 years, employed in the County of Los Angeles, and not a party to the above-entitled cause. I am employed by a member of the Bar of the United States District Court of California. My business address is 517 East Wilson Boulevard, Suite 202, Glendale, California 91206.

On April 30, 2008, I served on the interested parties in this action with the:

- SECOND STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE
- [PROPOSED] ORDER GRANTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE

for the following civil action:

<u>Louis Vuitton Malletier, S.A. v. Doktor Gurson, et al.</u>

by placing a true copy thereof in a sealed envelope. I am readily familiar with the office's practice of collecting and processing correspondence for mailing. Under that practice it would be deposited with the United States Postal Service on the same day with postage thereon fully prepaid at Glendale, California in the ordinary course of business. I am aware that on motion of the party served, service presumed invalid if postal cancellation date or postage meter is more than one day after date of deposit for mailing in affidavit.

| | |
|---|---|
| Tracy Jackson a/k/a Tracy Oakley, an individual and d/b/a TopOfTheLineFashions 2117 Fern Tree Court Bakersfield, CA 94513 | Doktor Gurson, an individual and d/b/a Inexpensive Domains 2611 Intrigue Lane Brentwood, CA 94513 |
| InexpensiveDomains.com, LLC, a California limited liability company 2611 Intrigue Lane Brentwood, CA 94513 | |

Place of Mailing: Glendale, California
Executed on April 30, 2008, at Glendale, California

_____
Katrina Bartolome